UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ANGELA BLANKS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. G-11-171 |
| | § | |
| CERTIFIED RECOVERY SYSTEMS, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL ON NOTICE

Plaintiff in the above styled and numbered cause of action has filed a Notice of Dismissal

pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Accordingly, it is Ordered that this case is dismissed without prejudice.

SIGNED at Houston, Texas this 15th day of August, 2011.

_____

Kenneth M. Hoyt
United States District Judge